DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JARROD ISIAH MINGO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2022-2941

_____

June 7, 2024

Appeal from the Circuit Court for Hillsborough County; Mark D. Kiser, Judge.

Howard L. Dimmig, II, Public Defender, and Benedict P. Kuehne, Special Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and J. Wade Stidham, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

KELLY, ROTHSTEIN-YOUAKIM, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.